UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172, *et al.*,<br><br>　　　　　　　　Petitioners,<br><br>　　　　v.<br><br>Z. BROTHERS CONCRETE, INC.,<br><br>　　　　　　　　Respondent. | Civil Action No. 25-2284 (MAS) (JTQ)<br><br>**MEMORANDUM ORDER** |

　　　　This matter comes before the Court on the Petition to Confirm Arbitration Award (the "Petition") (ECF No. 1) and Motion to Confirm Arbitration Award (the "Motion") (ECF No. 2) of Petitioners Laborers' Local Union Nos. 472 & 172, Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds and Safety, Education and Training Funds, and Zazzali, P.C. (collectively "Petitioners"). Z. Brothers Concrete, Inc. ("Respondent") has not appeared in this action.

　　　　The Certification of Service in support of Petitioners' Motion states that the Petition and Motion were forwarded to Respondent at the following address:

　　　　　　　304 Jernee Mill Road
　　　　　　　Sayreville, NJ  0887**5**

(Certification of Service, ECF No. 2-1 (emphasis added).) The Short Form Agreement attached as Exhibit B to the Petition, however, reflects the following address for Respondent:

　　　　　　　304 Jernee Mill Road
　　　　　　　Sayreville, NJ  0887**2**

(Short Form Agreement, ECF No. 1 at *28 (emphasis added).)[1] Moreover, USPS provides the zip code of 08872-1768 for Jernee Mill Road. USPS, https://tools.usps.com/zip-code-lookup.htm?byaddress (last visited Nov. 3, 2025).

Here, based on the discrepancy in Respondent's address, the Court finds good cause to deny Petitioners' motion without prejudice and require Petitioners to file a supplemental certification with proof of service. Based on the foregoing, and for other good cause shown,

**IT IS**, on this 3rd day of November 2025, **ORDERED** as follows:

1. Petitioners' Motion to Confirm Arbitration Award (ECF No. 2) is **DENIED** without prejudice.

2. Petitioners must file a supplemental certification regarding the address discrepancy and proof of service by **December 3, 2025**.

 

                                                             */s/ Michael A. Shipp*
                                                           **MICHAEL A. SHIPP**
                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] Page numbers preceded by an asterisk refer to the page numbers atop the ECF header.